COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTIONS

Case number: 01-14-00452-CV

Style: *Cameron International Corporation, Appellant v. Jeremy Guillory, Appellee*

Type of motions: Motion to Expedite Issuance of the Mandate
Emergency Motion for Temporary Relief

Party filing motion: Appellant

It is **ordered** that the motion to expedite issuance of the mandate is **granted**. The mandate shall issue instanter. The emergency motion for temporary relief is **dismissed as moot**.

Judge's signature: /s/ Jane Bland
Justice Bland
Acting for the Court

Panel consists of Justices Higley, Bland, and Sharp.

Date: October 23, 2014